**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Bradford MUNN, Defendant–Appellant.**

No. 09–50649.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.[*]

Filed May 26, 2011.

Michael J. Raphael, Esquire, Assistant U.S., Ami Sheth, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Steven Bradford Munn, Los Angeles, CA, pro se.

Michael Tanaka, Deputy Federal Public Defender, FPDCA–Federal Public Defender's Office (Los. Angeles), Los Angeles, CA, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Steven Bradford Munn appeals from the revocation of his supervised release and the 11–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Munn's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Munn has completed his custodial sentence and no additional term of supervision was imposed. Accordingly, Munn's appeal is dismissed as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provid-